UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-030-JLQ |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING ORAL MOTION |
| v. | ) | FOR RECONSIDERATION AND |
| | ) | SETTING CONDITIONS OF |
| SHELDON THOMAS CAIN, | ) | RELEASE |
| | ) | |
| Defendant. | ) | |
| | ) | |

   At the hearing on the Defendant's oral motion for
reconsideration, Assistant U.S. Attorney Aine Ahmed appeared for the
United States.  Defendant was present with Assistant Federal
Defender Steve Hormel.  Defendant is willing to undergo a chemical
dependency evaluation and treatment.

   **IT IS ORDERED** Defendant's oral Motion for Reconsideration **(Ct.
Rec. 31)** is **GRANTED.**  Defendant's release is subject to the
following conditions:

   1.   Defendant shall not commit any offense in violation of
federal, state or local law.  Defendant shall advise his supervising
Pretrial Services Officer and his attorney within one business day
of any charge, arrest, or contact with law enforcement.

   2.   Defendant shall advise the court and the United States
Attorney in writing before any change in address.

ORDER GRANTING ORAL MOTION FOR RECONSIDERATION
AND SETTING CONDITIONS OF RELEASE - 1

3.    Defendant shall appear at all proceedings and surrender as directed for service of any sentence imposed.

4.    Defendant shall sign and complete form A.O. 199C before being released and shall reside at the address furnished.

5.    Defendant shall remain in the Eastern District of Washington while the case is pending.  On a showing of necessity, Defendant may obtain prior written permission to leave this area from the United States Probation Office.

6.    Defendant shall have a curfew of 8:00 p.m. to 7:00 a.m.

7.    Defendant shall not possess a firearm, destructive device or other dangerous weapon.

8.    Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

9.    Defendant shall refrain from the use of alcohol, and the use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.  There shall be no alcohol in the residence where Defendant is residing.  Defendant shall undergo a substance abuse evaluation, as directed by a United States Probation Officer, and complete treatment indicated by the evaluation.  Defendant shall be responsible for the cost of testing, evaluation and treatment unless the United States Probation Office should determine otherwise.  The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment.  If

random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.

10. Defendant shall report to the United States Probation Office before or immediately after his release and shall report as often as they direct, at such times and in such manner as they direct. Defendant shall contact his attorney at least once a week.

11. Defendant shall sign a copy of this Order, to be kept in Pretrial Services' file.

**Defendant is advised a violation of any of the foregoing conditions of release may result in the immediate issuance of an arrest warrant, revocation of release and prosecution for contempt of court, which could result in imprisonment, a fine, or both. Specifically, Defendant is advised a separate offense is established by the knowing failure to appear and an additional sentence may be imposed for the commission of a crime while on this release. In this regard, any sentence imposed for these violations is consecutive to any other sentence imposed.**

DATED May 16, 2008.


_____S/ CYNTHIA IMBROGNO_____
UNITED STATES MAGISTRATE JUDGE


READ, UNDERSTOOD AND AGREED TO:

_____
SHELDON THOMAS CAIN

ORDER GRANTING ORAL MOTION FOR RECONSIDERATION
AND SETTING CONDITIONS OF RELEASE – 3