UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR-08-030-JLQ |
| ) | |
| vs. ) | ORDER ON MOTION TO MODIFY |
| ) | CONDITIONS OF RELEASE |
| SHELDON CAIN, ) | |
| ) | |
| Defendant. ) | |

BEFORE THE COURT is Defendant's motion to modify conditions of release to allow him to travel the Vancouver, Washington during the Thanksgiving week and weekend; the Court having reviewed the motion and having no objection from the Government, Now Therefore,

**IT IS HEREBY ORDERED** that the motion is **granted**. Defendant shall be permitted to travel directly to Vancouver, Washington. He shall provide the United States Probation Office with contact information while in Vancouver. Defendant shall be permitted to directly travel from 7:00 a.m., Wednesday, November 26, 2008, and shall directly return to Spokane no later than 9:00 p.m. on Sunday, November 30, 2008. All other terms and conditions of release shall remain in effect.

Dated this 13th day of November, 2008.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER
1