PROB 12B  
(7/93)

Report Date: June 18, 2012

# United States District Court

## for the

## Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Sheldon Thomas Cain               Case Number: 2:08CR00030-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Sr. U.S. District Judge

Date of Original Sentence: 12/10/2008               Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)               Date Supervision Commenced: 07/03/2012

Original Sentence: Prison - 46 Months; TSR - 36 Months               Date Supervision Expires: 07/02/2015

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

## CAUSE

On March 8, 2012, this officer met with the offender upon his arrival at the residential reentry center (RRC) in Spokane, Washington, as a Bureau of Prisons (BOP) inmate. At that time, the offender agreed to sign a Waiver of Hearing to Modify Conditions of Supervised Release. Mr. Cain was advised that if he could not secure employment and obtain clean and sober housing, this officer would submit the RRC modification to the Court, prior to the commencement of his supervised release on July 3, 2012. Throughout the time the offender was at the RRC as a BOP inmate, this officer worked closely with the offender and his RRC case manager to assist with his job search efforts.

On June 15, 2012, this officer met with the offender and his RRC case manager. Mr. Cain is not employed. He understands the rationale behind this modification to place him at the RRC as a public law client. The offender acknowledges he still needs assistance from RRC staff in securing employment and saving money to live independently in the community.

Prob 12B
Re: Cain, Sheldon Thomas
June 18, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 18, 2012

s/Brenda J. Kuest   06/18/2012

Brenda J. Kuest
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

6/18/2012
Date