## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

August 9, 2012

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 575-5842 / fax (509) 454-5782

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO   Spokane

The Honorable Justin L. Quackenbush
Sr. U.S. District Judge
United States District Court
Thomas S. Foley United States Courthouse
920 West Riverside Avenue
Spokane, WA 99201-1010

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 09 2012

JAMES R. LARSEN, CLERK
                         DEPUTY
SPOKANE, WASHINGTON

RE: CAIN, Sheldon Thomas
Docket No.: 2:08CR00030-1
**REQUEST RELEASE FROM RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**

Dear Judge Quackenbush:

Mr. Cain began his placement as a Bureau of Prisons inmate at the residential reentry center (RRC) on March 8, 2012. He was projected to release from the RRC on July 3, 2012, but due to unemployment and lack of a release address, he agreed to a modification of his supervision, to include a public law placement for up to 180 days. Since that time, Mr. Cain has located an appropriate release address which has been investigated by the undersigned officer. He has not obtained full-time employment at this time, but continues his job search efforts and reports that he has begun schooling.

In addition, the RRC has requested that the Probation Office work with offenders like Mr. Cain to expedite their release to the community, due to the fact they are currently over booked. Mr. Cain has maintained appropriate behavior overall while at the RRC and has secured stable housing, making him a good candidate for termination of his public law placement. I have spoken with staff at the RRC and they agree that Mr. Cain is ready to release from their facility, and will derive little benefit from continuing to remain there.

RE: Cain, Sheldon Thomas
August 9, 2012
Page 2

The undersigned probation officer respectfully recommends that Mr. Cain be released from the RRC facility with all other conditions of supervised release to remain in effect.

Should Your Honor require a different course of action, or require a Court appearance by Mr. Cain, please advise the undersigned officer.

                         Respectfully submitted,

                         Scott M. Morse, Sr.
                         Chief U.S. Probation Officer


                         s/Cassie Lerch        08/09/2012
                         Cassie Lerch           Date
                         U.S. Probation Officer

APPROVED BY:


s/Matthew L. Thompson    08/09/2012
Matthew L. Thompson       Date
Supervising U.S. Probation Officer

CML:ms


THE COURT ORDERS

[ ] No Action
[X] Release from Residential Reentry Center Placement
[ ] Other

                                          Signature of Judicial Officer

                                          August 9, 2012
                                          Date